AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jerry Brice Roof, Jr.  )  <br> *Plaintiff*  ) <br> v.  ) <br> Commissioner of the Social Security Administration  ) <br> *Defendant*  ) | Civil Action No.   5:19-cv-1571-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is the judgment of the Court Saul's decision is reversed under sentence four of 42 U.S.C. § 405(g) and the case is remanded for further administrative action.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   June 30, 2020

ROBIN L. BLUME  
*CLERK OF COURT*

s/Debbie Stokes  
*Signature of Clerk or Deputy Clerk*