

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| JERRY BRICE ROOF JR, <br> Plaintiff, <br> vs. <br> ANDREW M. SAUL, *Commissioner of the Social Security Administration*, <br> Defendant. | §§§§§§§§§ | Civil Action No. 5:19-01571-MGL |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AS MODIFIED BY THE PARTIES' STIPULATION**

This is a Social Security appeal. Pending before the Court is Plaintiff Jerry Brice Roof, Jr.'s (Roof) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $4,242.38 and expenses in the amount of $16.00. Subsequent to Roof filing this motion, the parties stipulated Defendant Andrew M. Saul would instead pay $4,050.00 in attorney fees and $16.00 in expenses to Roof.

Having carefully considered the motion, the stipulation entered by the parties, and the relevant law, it is the judgment of the Court the motion is **GRANTED AS MODIFIED** by the parties' stipulation.

**IT IS SO ORDERED**.

Signed this 2nd day of December, 2020, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS

2

UNITED STATES DISTRICT JUDGE